**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

It appearing that 22 CV 5746, *Trademark Rightsholder Identified in Exhibit 1 v. The Partnerships and Unincorporated Associations Identified on Schedule "A"*, is currently assigned to the Hon. Sharon Johnson Coleman; and

It further appearing that pursuant to Judge Coleman's order dated June 16, 2023, for the purpose of judicial efficiency that the following list of proposed defendants be severed accordingly; therefore

It is hereby ordered that the following list of proposed severed defendants below be consolidated into a separate case and assigned to Judge Coleman.

**Proposed Severed Defendants to be Consolidated into a Separate Case**

1. *Joybuy*
2. *Joybuy Express*
3. *Joybuy America*
4. *Joybuy Fashion*

ENTER:

FOR THE EXECUTIVE COMMITTEE

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 28th day of July, 2023