# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Jun Fang, | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:22-cv-05746<br>) |
| v. | ) Dist. Judge Sharon Johnson Coleman<br>) |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) Mag. Judge Sunil R. Harjani<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, August 9, 2023, at 10:00 a.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Sharon Johnson Coleman or any judge sitting in her stead, in Room 1241 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall present Plaintiff's Motion for Entry of Default and Default Judgment [Dkt. 108].

Dated: August 3, 2023

                                                              Respectfully submitted,

                                                              /s/Ilya G. Zlatkin
                                                              Zlatkin Cann Entertainment
                                                              4245 N Knox Ave
                                                              Chicago, IL 60641
                                                              (312) 809-8022
                                                              ilya@zce.law

                                                              *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 3, 2023, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record. The undersigned hereby further certifies that the undersigned emailed the above and foregoing document to Sara Bargas, who is the defendant directly affected by Plaintiff's motion.

/s/ Ilya G. Zlatkin
Ilya G. Zlatkin