# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jun Fang, et al.

                                                    Plaintiff,

v.                                                                   Case No.: 1:22−cv−05746

                                                                  Honorable Sharon Johnson Coleman

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

                                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 9, 2023:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 8/9/2023. Defendants HokusTrinkets and Hokuokal4ni45 did not appear nor contact the Court. Counsel for plaintiff reported that the parties have settled in principle. Plaintiff's motion to strike defendants HokusTrinkets and hokuokalani45's answer and affirmative defenses and amended answer and affirmative defenses [108] is taken under advisement. Any additional motions are to be filed by 8/30/2023. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.