IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jun Fang, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:22-cv-05746 |
| | ) |
| v. | ) Dist. Judge Sharon Johnson Coleman |
| | ) |
| The Partnerships and | ) Mag. Judge Sunil R. Harjani |
| Unincorporated Associations | ) |
| Identified on Schedule "A", | ) |
| | ) |
| Defendants. | ) |

**Notice of Dismissal Under Rule 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Jun Fang ("Plaintiff") hereby dismisses this action with prejudice against solely the following defendant(s):

| Schedule A Line No. | Defendant Online Store |
|---|---|
| 155 | seelucky |
| 249 | hokuokalani45 |
| 324 | uov.united |
| 344 | HokusTrinkets |

Each side shall bear their own costs and fees, including all attorneys' fees.

All pending motions with respect to any of the above defendants are withdrawn.

Dated this August 30, 2023

Respectfully submitted,

/s/Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zlatkinwong.com

*Counsel for Plaintiff*