IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jun Fang, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-05746 |
| | ) | |
| v. | ) | Dist. Judge Sharon Johnson Coleman |
| | ) | |
| The Partnerships and | ) | Mag. Judge Sunil R. Harjani |
| Unincorporated Associations | ) | |
| Identified on Schedule "A", | ) | |
| | ) | |
| Defendants. | ) | |

**Plaintiff's Motion to Release Injunction Bond**

On November 17, 2022, Plaintiff Jun Fang ("Plaintiff") deposited the sum of Ten Thousand U.S. Dollars ($10,000) with the Clerk of the Court [Dkt. 27] to support the Temporary Restraining Order [Dkt. 24]. This deposit was required by the Temporary Restraining Order. [Dkt. 24]. On July 19, 2023, the Default Judgement Order was entered, [Dkt. 105]. The last remaining defendants were voluntarily dismissed by Plaintiff on August 30, 2023. [Dkt. 112]. This terminates the case.

Plaintiff respectfully requests that the Court enter an Order directing the Clerk to return the bond deposit to Plaintiff's counsel.

Dated: August 30, 2023

/s/Ilya G. Zlatkin
Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
ilya@zce.law

*Counsel for Plaintiff*