# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jun Fang, et al.

                                    Plaintiff,

v.                                                   Case No.: 1:22−cv−05746

                                                            Honorable Sharon Johnson Coleman

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 31, 2023:

       MINUTE entry before the Honorable Sharon Johnson Coleman: Pursuant to Federal Rule of Civil Procedure 41(a)(1), this case is dismissed with prejudice and with each side to bear their own costs and fees, including attorneys' fees as to defendants seelucky, hokuokalani45, uov.united, and HokusTrinkets only. Plaintiff's motion to strike Defendants HokusTrinkets and hokuokalani45's answer and affirmative defenses [108] is withdrawn. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.