# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Jun Fang, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:22-cv-05746 |
| | ) |
| v. | ) Dist. Judge Sharon Johnson Coleman |
| | ) |
| The Partnerships and | ) Mag. Judge Sunil R. Harjani |
| Unincorporated Associations | ) |
| Identified on Schedule "A", | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, September 5, 2023, at 10:00 a.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Sharon Johnson Coleman or any judge sitting in her stead, in Room 1241 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall present Plaintiff's Motion for Release of Bond Obligation [Dkt. 113], Agreed Motion for Consent Judgment with respect to Defendant 78 [Dkt. 115], Agreed Motion for Consent Judgment with respect to Defendant 100 [Dkt. 116], and Agreed Motion for Consent Judgment with respect to Defendants 11, 16, 18, 21, 30, 41, and 68 [Dkt. 117].

Dated: August 31, 2023

Respectfully submitted,

/s/Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 N Knox Ave
Chicago, IL 60641
(312) 809-8022
ilya@zce.law

*Counsel for Plaintiff*