IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jun Fang, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:22-cv-05746 |
| | ) |
| v. | ) Dist. Judge Sharon Johnson Coleman |
| | ) |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) Mag. Judge Sunil R. Harjani |
| | ) |
| Defendants. | ) |

## Consent Judgment

This action having been commenced by Plaintiff Jun Fang against, *inter alia*, the following defendants (collectively, "Defendants"):

| Schedule A Line No. | Defendant Online Store |
|---|---|
| 11 | cycle-Topshop |
| 16 | duretiony |
| 18 | Enow-YL |
| 21 | Gladys TECH |
| 30 | HinBest |
| 41 | Karcher |
| 68 | shenzhenshihailihuidianzishangwuyouxiangongsi |

Plaintiff and Defendants have resolved all claims asserted in the Complaint and have agreed to the entry of this Consent Judgment. Specifically, the parties have agreed to a confidential settlement agreement dated March 9, 2023 ("Settlement Agreement"). Plaintiff may forward the Settlement Agreement to third-party platform(s) in conjunction with this Consent Judgment to cause such third-party platform(s) to facilitate the implementation of the Settlement Agreement, including, without limitation, by causing the transfer of any potential settlement payments in the proportions instructed by the Plaintiff.

IT IS SO ORDERED.

DATED August 31, 2023

_____
Sharon Johnson Coleman
United States District Judge