IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jun Fang, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-05746 |
| | ) | |
| v. | ) | Dist. Judge Sharon Johnson Coleman |
| | ) | |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) | Mag. Judge Sunil R. Harjani |
| | ) | |
| Defendants. | ) | |

**Order Releasing Injunction Bond**

The Ten Thousand U.S. Dollars ($10,000) posted as bond by plaintiff, including any applicable or earned interest, minus the registry fee, is hereby released to plaintiff's counsel. The Clerk of the Court is directed to return the $10,000 bond previously deposited with the Clerk of the Court to plaintiff's counsel, ZCE LLC d/b/a ZLATKIN CANN ENTERTAINMENT, 4245 North Knox Avenue, Chicago, Illinois 60641, via certified mail.

DATED: August 31, 2023

Sharon Johnson Coleman
United States District Judge