IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jun Fang, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:22-cv-05746 |
| | ) |
| v. | ) Dist. Judge Sharon Johnson Coleman |
| | ) |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) Mag. Judge Sunil R. Harjani |
| | ) |
| Defendants. | ) |

**Plaintiff's Motion to Correct Order**

**NOW COMES** Plaintiff Jun Fang ("Plaintiff") and submits this motion to amend the Court's order on the release of the injunction bond and states as follows:

**1.** On August 31, 2023, the Court entered an order releasing the $10,000 injunction bond in the case. [Dkt. 123]. The order provided that "The Clerk of the Court is directed to return the $10,000 bond previously deposited with the Clerk of the Court to plaintiff's counsel, ZCE LLC d/b/a ZLATKIN CANN ENTERTAINMENT, 4245 North Knox Avenue, Chicago, Illinois 60641, via certified mail." Id.

**2.** The Clerk of the Court's financial specialist has advised that due to the nature of the U.S. Treasury Department's automated process, checks which are generated for the purpose of remitting these funds cannot be sent via certified mail.

**3.** Federal rules provide that the Court "may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." Fed. R. Civ. P. 60(a).

4. Plaintiff respectfully requests the court (re)enter an order with language slightly modified, omitting the requirement that the Court, and thus the U.S. Treasury Department, remit the injunction bond funds via certified mail.

**WHEREFORE**, for the foregoing reasons, Plaintiff respectfully requests that this Court enter the order releasing the injunction bond substantially in the form provided herewith.

Dated: January 15, 2024

 Respectfully,

 /s/ Ilya G. Zlatkin
 Ilya G. Zlatkin
 ZLATKIN CANN ENTERTAINMENT
 4245 North Knox Avenue
 Chicago, Illinois 60641
 (312) 809-8022
 ilya@zce.law

 *Counsel for Plaintiff*